371 A.2d 1313

Smith, Appellant, v. Port Authority of
Allegheny County, et al.

Argued November 11, 1976.   John F. Cambest,
with him Zappala & Zappala, for appellant;  G. N. Eva-
shavik, with him Evashavik, Capone & Evans, for ap-
pellee.

Judgment affirmed.

371 A.2d 1313

Smith et al., Appellants, v. Connecticut
General Life Insurance Company.

Argued November 9, 1976.   T.
Dean Lower, for appellants;  Bertram B. Leopold, with
him Robert J. Pfaff, for appellee.

Judgment affirmed.